# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**MICHELE A. JOSEPH,**
*Plaintiff*

V.                                    Civil Action No. **5:17−CV−00791−FB**

**MARHAWK PROPERTIES, LTD,**
*Defendant*

### SUMMONS IN A CIVIL ACTION

TO:  **Marhawk Properties, Ltd**
**c/o Hawking Golden, III, Registered Agent**
**8533 Ferndale**
**Suite 202**
**Dallas, TX 75238**

 A lawsuit has been filed against you.

 Within 21 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

> **Abraham Levit**
> **Attorney at Law**
> **1001 West Loop South, Suite 880**
> **Houston, TX 77027**

 If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JEANNETTE J. CLACK**
CLERK OF COURT

**s/ROBERT FLAIG**
DEPUTY CLERK

**ISSUED ON 2017−08−21 08:47:41**

Civil Action No. 5:17–CV–00791–FB

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for*(name of individual and title, if any)*_____
was received by me on*(date)*_____.

☐ I personally served the summons on the individual at *(place)*_____
_____on *(date)*_____; or

☐ I left the summons at the individual's resident or usual place of abode with*(name)*_____
_____, a person of suitable age and discretion who resides there,
on *(date)*_____, and mailed a copy to the individual's last known address; or

☐ I served the summons on*(name of individual)*_____, who is
designated by law to accept service of process on behalf of*(name of organization)*_____
_____ on*(date)*_____; or

☐ I returned the summons unexecuted because _____; or

☐ Other (specify):_____
_____
_____

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty that this information is true.

Date: _____                    _____
                                                              *Server's signature*

                                                          _____
                                                              *Printed name and title*

                                                          _____
                                                              *Server's Address*

Additional information regarding attempted sevice, etc:
_____
_____