AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**MICHELE A. JOSEPH,**
*Plaintiff*

V.   Civil Action No. **5:17-CV-00791-FB**

**MARHAWK PROPERTIES, LTD,**
*Defendant*

### SUMMONS IN A CIVIL ACTION

TO:  Marhawk Properties, Ltd
c/o Hawking Golden, III, Registered Agent
8533 Ferndale
Suite 202
Dallas, TX 75238

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Abraham Levit
> Attorney at Law
> 1001 West Loop South, Suite 880
> Houston, TX 77027

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JEANNETTE J. CLACK**
CLERK OF COURT

**s/ROBERT FLAIG**
DEPUTY CLERK



ISSUED ON 2017-08-21 08:47:41

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:17-CV-00791-FB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* __Morhawk Properties, LTD__ was received by me on *(date)* __8/22/17__.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's resident or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Hawhing Golden, III__, who is designated by law to accept service of process on behalf of *(name of organization)* __Morhawk Properties, LTD__ on *(date)* __9/6/17__; or

☐ I returned the summons unexecuted because _____; or

☐ Other (specify): _____

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty that this information is true.

Date: __9/10/17__

_____
*Server's signature*

SCH #11644
exp: Sept 30, 2018

__Peyton Hutchinson__
*Printed name and title*

__3001 S. Hardin Blvd #110-301 McKinney, TX 75070__
*Server's Address*

Additional information regarding attempted sevice, etc:
_____